

# ELECTRONIC RECORD

| | |
|---|---|
| 02-14-00068-CR | AGGRAVATED ROBBERY |
| 02-14-00069-CR | AGGRAVATED ASSAULT |
| COA # 02-14-00070-CR | OFFENSE: ATT. AGG. KIDNAPPING |
| STYLE: JONES, RORY | COUNTY: Denton |
| COA DISPOSITION: AFFIRM | TRIAL COURT: 211th District Court |
| DATE: 11/20/14    Publish: NO | TC CASE #: F-2014-0079-C, F-2014-0080-C & F-2014-0081-C |

## IN THE COURT OF CRIMINAL APPEALS

**1676-14  1677-14  1678-14**

STYLE:    JONES, RORY v.

_PRO  SE_    Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_DISMISSED  AS  UNTIMELY_

DATE: _3/4/2015_

JUDGE: _Per Curiam_

CCA #: _1678-14_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------------

_PRO  SE_    MOTION FOR

REHEARING IN CCA IS: _denied_

JUDGE: _PC    April 15, 2015_

**ELECTRONIC RECORD**

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 02-14-00068-CR

PD-1676-14

Tr. Ct. No. F-2014-0079-C

4/16/2015
JONES, RORY

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

2ND COURT OF APPEALS CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX 76196
* DELIVERED VIA E-MAIL *